UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kenyon Bryan Reese,

    Plaintiff,

v.                                          Case No. 23-10393
                                              Honorable Victoria A. Roberts

Commission of Social Security,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [ECF NO. 6] AND DISMISSING CASE FOR FAILURE TO PROSECUTE

On April 17, 2023, Magistrate Judge Grand entered a Report and Recommendation ("R&R") recommending that Plaintiff's Complaint be dismissed for failure to prosecute. No objections have been filed.

The Court **ADOPTS** the R&R and **DISMISSES** Plaintiff's Complaint for failure to prosecute.

**ORDERED**.

                                                      s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: 6/5/2023